700 A.2d 1232

IN THE MATTER OF JEFFREY SIMMS, AN ATTORNEY AT LAW.

October 16, 1997.

**ORDER**

The Disciplinary Review Board on June 11, 1997, having filed with the Court its decision concluding that **JEFFREY SIMMS** of **WEST ORANGE,** who was admitted to the bar of this State in 1973, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and (d) (conduct that is prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JEFFREY SIMMS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.